**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Jesus Ernesto DIAZ GALLARDO,<br><br>Petitioner,<br><br>v.<br><br>Leonard ODDO, et al.,<br><br>Respondents. | ) | Case No. 3:26-cv-01616-MJH |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Jesus Ernesto Diaz Gallardo ("Mr. Gallardo"), by and through counsel, hereby dismisses and withdraws the above captioned petition for writ of habeas corpus. Mr. Gallardo filed the instant *pro se* petition on August 6, 2026 in the Middle District of Pennsylvania, which was not the proper jurisdiction. The Middle District transferred the case to this District. Before transfer, however, Mr. Gallardo retained undersigned counsel and filed a counseled petition in the Western District of Pennsylvania on August 7, 2026 (Case No. 3:26-cv-01532). The two petitions arise from the same custody, concern the same central claim, and are duplicative. Since Respondents have not yet served "either an answer or a motion for summary judgment" in this case, Rule 41(a)(1)(A)(i), Mr. Gallardo voluntarily dismisses without prejudice this transferred petition in light of his counseled petition.

Respectfully Submitted,

/s/ Hannah Schaafsma
Hannah Schaafsma, Esq. (VA 100526)
UnLocal
45 W. 29th Street, Suite 203
New York, NY 10001
hannah@unlocal.org
917-217-2009
*Pro bono Attorney for Petitioner*

IT IS SO ORDERED this 25th day of August 2026.

Marilyn J. Horan
United States District Court